1

2

3

4

5

6

7

8

9                         UNITED STATES DISTRICT COURT

10                        EASTERN DISTRICT OF CALIFORNIA

11
                                ----oo0oo----
12
LANCE FISHER,
13                                         NO. CIV.S-09-2017 FCD GGH
            Plaintiff,
14                                         <u>ORDER AND ORDER TO SHOW CAUSE</u>
     v.                                    <u>RE SANCTIONS</u>
15
GEOCON CONSULTANTS, INC., et.
16 al.,

17          Defendants.

18                              ----oo0oo----

19       1.   The hearing on Counter-Claimants' Motion for

20 Clarification or Reconsideration of Court's Order (Docket #32) is

21 continued to March 26, 2010, at 10:00 a.m.  Plaintiff shall file

22 and serve its opposition brief or notice of non-opposition no

23 later than March 12, 2010.  The counter-claimants' may file and

24 serve a reply on or before March 19, 2010.

25       2.   Plaintiff's counsel is ordered to show cause why he

26 should not be sanctioned in the amount of $150.00 for failing to

27 file an opposition or notice of non-opposition to counter-

28 claimants' motion in compliance with Local Rule 230(c).

3.     Plaintiff's counsel shall file his response to the order to show cause on or before March 12, 2010.

4.     A hearing on the order to show cause, if necessary, will follow the hearing on the Motion.

IT IS SO ORDERED.

DATED: March 1, 2010

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE

2