1
2
3
4
5
6
7

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LANCE FISHER,<br><br>            Plaintiff,<br>    v.<br>GEOCON CONSULTANTS, INC., et al.<br><br>            Defendants. | Case No.: 2:09-CV-02017-FCD-GGH<br><br>**STIPULATION AND ORDER RE: NEW TRIAL DATE** |
| GEOCON CONSULTANTS, INC., et al.<br><br>            Counter-Claimants<br>    v.<br>LANCE FISHER, et al.<br><br>            Counter-Defendants. | Judge:  Hon. Frank C. Damrell, Jr.<br>Trial:    None currently set |

On October 27, 2010, this Honorable Court issued its Minute Order stating its calendar could not accommodate the date then set for the trial of this matter, February 1, 2011. The Court offered several alternative trial dates for the parties to consider and asked that counsel meet and confer to obtain a new trial date.

THEREFORE, IT IS HEREBY STIPULATED BY AND BETWEEN THE PARTIES AS FOLLOWS:

1.     The parties to this Stipulation are: Plaintiff Lance Fisher, on the one hand and Defendants Geocon Consultants, Inc., Geocon Environmental, erroneously sued as Geocon Envrionmental, and Bob Kimball, erroneously sued as Bob Kimbal;

2.       The parties hereby stipulate to a new trial date of either September 27, 2011 or October 4, 2011;

3.       The parties stipulate to the Court setting a new trial date, a new Final Pretrial Conference date, and any other dates this Court deems necessary or appropriate.

IT IS SO EXPRESSLY AGREED AND STIPULATED.

Dated: November 10, 2010

UNITED EMPLOYEES LAW GROUP, P.C.

*/s/ Gregory A. Douglas, Esq.*
*(as authorized on 11/10/10)*

Gregory Douglas, Esq.
Attorney for Plaintiff/Counter-Defendant
Lance Fisher

Dated: November 10, 2010

*/s/ Shirlyn Daddario, Esq.*

Shirlyn Daddario, Esq.
Misha Ramadev, Esq.
Attorneys for Defendants/Counter-Claimants
Geocon Consultants, Inc., Geocon
Environmental and Bob Kimball

### ORDER SETTING NEW TRIAL DATE

Based upon the express Stipulation of Counsel set forth hereinabove, and good cause appearing therefor,

**IT IS HEREBY ORDERED AS FOLLOWS:**

The trial date in this matter is reset for September 27, 2011, at 9:00 a.m.. The Final Pretrial Conference is reset for July 22, 2011, at 1:30 p.m. The parties shall file their Joint Pretrial Conference Statement on or before July 15, 2011.

**IT IS SO ORDERED.**

Dated: November 10, 2010

FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE