**UNITED EMPLOYEES LAW GROUP, P.C.**
**WALTER L. HAINES, ESQ. (SBN 71075)**
**GREGORY A. DOUGLAS, ESQ. (SBN 147166)**
**65 Pine Avenue, #312**
**Long Beach, CA 90802**
**Tel.: (562) 256-1047**
**Fax: (562) 256-1006**
**gdouglas@uelglaw.com**

Attorneys for Plaintiff
LANCE FISHER

# UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LANCE FISHER, an individual<br><br>Plaintiff,<br><br>v.<br><br>GEOCON CONSULTANTS, INC., a California corporation; GEOCON ENVIRONMANTAL, an unknown business entity; BOB KIMBAL, an individual; DOES 1-10, business entit(ies), form(s) unknown; DOES 11-20, individual(s); and DOES 21-30, inclusive,<br><br>Defendants. | **Case No. 2:09 –CV-02017-KJM-GGH**<br><br>**STIPULATION AND ORDER TO DISMISS ENTIRE ACTION WITH PREJUDICE** |

1  IT IS HEREBY STIPULATED by and between Plaintiff Lance Fisher
2  ("Plaintiff") and Defendants GEOCON CONSULTANTS, INC.; GEOCON
3  ENVIRONMANTAL; and BOB KIMBAL, an individual (collectively "Defendants"),
4
5  by and through their respective counsel of record, that all claims for
6  relief in the above-captioned action brought by Plaintiff  be and hereby are dismissed
7  with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1).
8
9  IT IS FURTHER STIPULATED that the parties agree to bear their own
10 costs and attorneys' fees.
11 IT IS SO STIPULATED.

DATED: August 3, 2011		**UNITED EMPLOYEES LAW GROUP, PC**

　　　　　　　　　　　　　　　　  /s/  Gregory A. Douglas_____
　　　　　　　　　　　　　　　　Gregory A. Douglas, Esq.
　　　　　　　　　　　　　　　　Attorneys for PLAINTIFF
　　　　　　　　　　　　　　　　LANCE FISHER

DATED:  August 3, 2011		GEOCON INCORPORATED


　　　　　　　　　　　　　　　　/s/  Shirlyn Daddario_____
　　　　　　　　　　　　　　　　Shirlyn Daddario, Esq.
　　　　　　　　　　　　　　　　Attorney for Defendants
　　　　　　　　　　　　　　　　GEOCON CONSULTANTS, INC.; GEOCON
　　　　　　　　　　　　　　　　ENVIRONMENTAL; and BOB KIMBL

## ORDER AND DISMISSAL WITH PREJUDICE

GOOD CAUSE APPEARING, the Stipulation of the parties as set forth above is approved and is adopted as an Order of the Court.

IT IS HEREBY ADJUDGED, ORDERED AND DECREED that this action be dismissed with prejudice, with each party to bear their own costs and attorney's fees.

IT IS SO ORDERED.

September 2, 2011.

_____
UNITED STATES DISTRICT JUDGE